Bonnie Lee DAYE, Plaintiff–Appellant,

v.

Anthony M. BRANNON, in his individual capacity as State Official; E.C. Bryson, in his individual capacity as Counsel for Defense, his estate as real parties in interest, Defendants–Appellees.

No. 01–1917.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Bonnie Lee Daye, pro se. Mark John Pletzke, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Bonnie Lee Daye appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Daye v. Brannon*, No. CA–00–592–1 (M.D.N.C. May 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*